IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER F. ALFRED, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | No. CIV-07-950-C |
| ) | |
| JOHN WHETSEL, et al., ) | |
| ) | |
| Defendants ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Robert E. Bacharach, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Bacharach entered a Report and Recommendation on January 18, 2008, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

The facts and relevant law are set out in full in the accurate and well-reasoned Report and Recommendation of the Magistrate Judge and there is no purpose to be served in repeating them yet again. In his objection, Plaintiff merely restates the conclusions and legal argument originally asserted, and raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, the Plaintiff's request for a preliminary injunction contained in "Plaintiff's Motion Requesting that the U.S. District Court Order that Plaintiff Be Allowed Access to the Law Library of Oklahoma County Detention Center" (Dkt. No. 64) is DENIED.

IT IS SO ORDERED this 1st day of February, 2008.

ROBIN J. CAUTHRON
United States District Judge